UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS GILES,<br><br>　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>THE SELECT 7 LLC<br><br>　　　　　　　　　Defendant. | Docket No. 1:20-cv-4082<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Thomas Giles ("Giles" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant The Select 7 LLC ("Select 7" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted aerial photograph of a castle in Florida owned by architect Charles Sieger, owned and registered by Giles. Accordingly, Giles seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Giles has resides at 9838 SW 106th Terr, Miami, Florida 33176

6. Upon information and belief, Select 7 is a limited liability company duly organized and existing under the laws of the state of Delaware with a place of business 1 West 81st Street, 15th Floor, New York 10024. At all times material hereto, Select 7 has owned and operated a Website at the URL: www.TheSelect7.com (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Giles owns the copyright of a photograph of an aerial photograph of a castle in Florida owned by architect Charles Sieger (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Giles is the owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-202-134.

**B. Defendant's Infringing Activities**

10. Select 7 ran the Photograph on the Website. See: https://www.theselect7.com/sarah-wynter/. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

11. Select 7 did not license the Photograph from Plaintiff for its Website, nor did Select 7 have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF

## **(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
### **(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Select 7 infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Select 7 is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Select 7 have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Select 7 be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded punitive damages for copyright infringement;

5. That Plaintiff be awarded attorney's fees and costs;

6. That Plaintiff be awarded pre-judgment interest; and

7. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
May 27, 2020

                                       LIEBOWITZ LAW FIRM, PLLC

                                       By: /s/Richard Liebowitz
                                             Richard P. Liebowitz
                                       11 Sunrise Plaza, Suite 305
                                       Valley Stream, NY 11580
                                       Tel: (516) 233-1660
                                       RL@LiebowitzLawFirm.com

                                       *Attorneys for Plaintiff Thomas Giles*