UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

THOMAS GILES,

                          Plaintiff,          20 Civ. 04082 (PAC)

    - against -                    **DEFAULT JUDGMENT**

THE SELECT 7 LLC

                 Defendant.
----------------------------------x

This action having been commenced on 5/28/2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant(s) The Select 7 LLC on 2/16/2021 by (STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT) personal service on Andy Smith, agent authorized to accept service on Defendant's behalf, and a proof of service having been filed on 3/3/2021 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $2310.00 plus costs and disbursements of this action in the amount of $440.00 amounting in all to $2750.00.

Dated: New York, New York
      July 6, 2021

                                                            U.S.D.J.